

# THE THIRTEENTH COURT OF APPEALS

## 13-21-00010-CV

Swift Transportation Co. of Arizona, LLC
v.
Glenn Hegar, Comptroller of Public Accounts of the State of Texas; and Ken Paxton,
Attorney General of the State of Texas

On Appeal from the
200th District Court of Travis County, Texas
Trial Court Cause No. D-1-GN-19-008429

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

November 10, 2022